DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
Email: daniel@malakauskas.com

*Attorney for Plaintiff:* **Frank Singh**

PATRICK MICHAEL HARTNETT, *Cal. Bar No.:125093*
FREDERICK PRESCOTT HAYES, *Cal. Bar No.:132327*
HARTNETT LAW GROUP
350 East Commonwealth Avenue
Fullerton, CA 92832
Tel: 714-738-1156 / Fax: 714-738-4210
Email: phartnett@hartnettlawgroup.com
Email: fredhayesesq@gmail.com

*Attorneys for Defendant:* **Peggy Stagliano**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| **FRANK SINGH**,<br><br>     Plaintiff,<br><br>v.<br><br>**L JEM ENTERPRISES, INC.**, as an entity and doing business as "Jem Furniture", **PEGGY STAGLIANO**, and **DOES** 1-50, Inclusive,<br><br>     Defendants. | Case No.: 5:21-cv-00002-JGB-KK<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

  **IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs

and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date: June 18th, 2021                    /s/Daniel Malakauskas_____
                                         By: Daniel Malakauskas, of,
                                         MALAKAUSKAS LAW, APC,
                                         Attorney for Plaintiff

Date: June 18th, 2021                    /s/Patrick Michael Hartnett_____
                                         By: Patrick Micheal Hartnett, of,
                                         HARTNETT LAW GROUP, Attorneys
                                         for Defendant: *Peggy Stagliano*

Date: June 18th, 2021                    /s/Frederick Prescott Hayes_____
                                         By: Frederick Prescott Hayes, of,
                                         HARTNETT LAW GROUP, Attorneys
                                         for Defendant: *Peggy Stagliano*